UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAN JUAN PRODUCTS, INC. and
AMERICAN ENVIRONMENTAL
CONTAINER CORP.,

    Plaintiffs,

v.                                                                       Case No: 8:21-cv-2469-TPB-JSS

RIVER POOLS & SPAS, INC., RIVER
POOLS FRANCHISING, INC.,
THURSDAY POOLS LLC, JASON
HUGHES, JIM SPIESS, CRISTIAN
SHIRILLA, ALEX PLANES,
MARCUS SHERIDAN and DOES 1-
10,

    Defendants.
_____/

**ORDER**

The court held a discovery status conference on August 15, 2022, at which the parties discussed the status of their written discovery and anticipated depositions. Upon consideration, and as agreed upon by the parties, it is **ORDERED**:

1. Defendants River Pools & Spas, Inc. and River Pools Franchising, Inc. shall provide Plaintiff San Juan Products, Inc. with documents responsive to the remaining requests pertaining to Plaintiff's Motion to Compel (Dkt. 55) and this court's previous order (Dkt. 69) that contain search terms "San Juan," "SJ," "SJP," or "Sullivan" paired with any of the following additional terms:

"article," "blog," "best for you," "weird," "comprehensive," "installation guide," "installation manual," "warranty," "reasonable estimate," "40 feet," "40 foot," "forty feet," and "forty foot." Defendants River Pools & Spas, Inc. and River Pools Franchising, Inc. shall also produce documents responsive to the requests that contain the terms "San Juan," "SJ," "SJP," or "Sullivan," and also include the terms "marketing," "advertising," "pitch," or "campaign," along with any derivation or abbreviation of these terms that the parties deem appropriate. Defendants shall provide these materials on or before August 26, 2022.

2. Defendants River Pools & Spas, Inc. and River Pools Franchising, Inc. shall provide Plaintiff San Juan Products, Inc. with documents responsive to the remaining issues pertaining to Plaintiff's Motion to Compel (Dkt. 55) that are relevant to the allegations in the complaint and contain search terms "San Juan," "SJ," "SJP," or "Sullivan" on or before September 9, 2022.

3. To the extent Plaintiffs seek to depose the corporate defendants, Plaintiffs shall provide Defendants with the specific areas of inquiry expected to be covered in the depositions, pursuant to Federal Rule of Civil Procedure 30(b)(6), on or before August 19, 2022. The depositions shall take place during the weeks of October 31 - November 11, 2022.

4. As agreed, River Pools & Spas, Inc. shall provide Plaintiff's counsel with the contact information for Non-Party Alexander Planes and facilitate the production of documents responsive to Plaintiff's subpoena to Mr. Planes by August 19, 2022.

5. The court will hold another discovery status conference in this case in September 2022, which will be noticed in a separate order.

**ORDERED** in Tampa, Florida, on August 15, 2022.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record