Deposition Of Michael Spindler

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| SAN JUAN PRODUCTS, INC., a<br>Washington Corporation; AMERICAN<br>ENVIRONMENTAL CONTAINER CORP., a<br>Florida Corporation,<br><br>          Plaintiffs,<br><br>   vs.<br><br>RIVER POOLS & SPAS, INC., a<br>Virginia Corporation; RIVER POOLS<br>FRANCHISING, INC., a Virginia<br>Corporation; THURSDAY POOLS LLC,<br>an Indiana company; JASON HUGHES,<br>a Virginia resident; JIM SPIESS,<br>a Virginia resident; MARCUS<br>SHERIDAN, a Virginia resident;<br>CRISTIAN SHIRILLA, a Virginia<br>resident; ALEX PLANES, a Kentucky<br>resident; DOES 1-10, inclusive,<br><br>          Defendants.<br>_____ | ) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) Case No.<br>) 8:21-cv-02469<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) ) |

DEPOSITION OF MICHAEL SPINDLER

Taken via Zoom

Monday, December 12, 2022

Reported by:

Bethany L. Glover
CSR No. 14322

Deposition Of Michael Spindler

```
 1              UNITED STATES DISTRICT COURT

 2              MIDDLE DISTRICT OF FLORIDA

 3                   TAMPA DIVISION

 4

 5  SAN JUAN PRODUCTS, INC., a        )
    Washington Corporation; AMERICAN  )
 6  ENVIRONMENTAL CONTAINER CORP., a  )
    Florida Corporation,              )
 7                                    )
                 Plaintiffs,          )
 8                                    )
          vs.                         )  Case No.
 9                                    )  8:21-cv-02469
    RIVER POOLS & SPAS, INC., a       )
10  Virginia Corporation; RIVER POOLS )
    FRANCHISING, INC., a Virginia     )
11  Corporation; THURSDAY POOLS LLC,  )
    an Indiana company; JASON HUGHES, )
12  a Virginia resident; JIM SPIESS,  )
    a Virginia resident; MARCUS       )
13  SHERIDAN, a Virginia resident;    )
    CRISTIAN SHIRILLA, a Virginia     )
14  resident; ALEX PLANES, a Kentucky )
    resident; DOES 1-10, inclusive,   )
15                                    )
                 Defendants.          )
16  _____  )

17

18

19            DEPOSITION OF MICHAEL SPINDLER, taken

20            on behalf of the Plaintiffs, via Zoom

21            conference, commencing at 10:04 a.m.,

22            Monday, December 12, 2022, reported

23            by Bethany L. Glover, CSR No. 14322, a

24            Certified Shorthand Reporter for the State

25            of California, pursuant to Notice.
```

Deposition Of Michael Spindler

```
 1   APPEARANCES:

 2

 3     For the Plaintiffs:        LAW OFFICES OF
                                  MCCLAUGHERTY & ASSOCIATES
                                  Attorneys at Law
 4                                BY:  JAY S. MCCLAUGHERTY
                                  222 East Huntington Drive
 5                                Suite 230
                                  Monrovia, California 91016
 6                                (626) 821-1100
                                  Jay.McClaugherty@mcctrials.com
 7                                (Videoconference appearance)

 8

 9     For the Plaintiffs:        LAW OFFICES OF STETINA BRUNDA
                                  GARRED & BRUCKER, PC
                                  Attorneys at Law
10                                BY:  MATTHEW A. NEWBOLES
                                  75 Enterprise
11                                Suite 250
                                  Aliso Viejo, California 92656
12                                (949) 855-1246
                                  mnewboles@stetinalaw.com
13                                (Videoconference appearance)

14

15     For the Defendant         LAW OFFICES OF WICKER SMITH
       River Pools & Spas,       O'HARA MCCOY & FORD PA
       Inc. A Virginia           Attorneys at Law
16     Corporation:              BY:  CHRISTOPER ALBERT CAZIN
                                  100 South Ashley Drive
17                                Suite 1800
                                  Tampa, Florida 33602
18                                (813) 222-7211
                                  ccazin@wickersmith.com
19                                (Videoconference appearance)

20

21     For the Defendant         LAW OFFICES OF
       River Pools               HILL WARD HENDERSON
       Franchising, LLC:         Attorneys at Law
22                                BY:  ALLISON STEVENSON
                                  101 East Kennedy Boulevard
23                                Suite 3700
                                  Tampa, Florida 33602
24                                (813) 506-5134
                                  allison.stevenson@hwhlaw.com
25                                (Videoconference appearance)
```

Deposition Of Michael Spindler

```
 1   APPEARANCES:

 2   (Continued)

 3

 4     For the Defendant         LAW OFFICES OF BUTLER
       Thursday Pools LLC,       WEIHMULLER KATZ CRAIG LLP
 5     an Indiana Limited        Attorneys at Law
       Liability Company:        BY:  JONATHAN BLAKE HUNTER
 6                               400 North Ashley Drive
                                 Suite 2300
 7                               Tampa, Florida 33602-4327
                                 (850) 894-4999
 8                               jhunter1@butler.legal
                                 (Videoconference appearance)
 9

10     For the Defendant         LAW OFFICES OF BUTLER
       Thursday Pools LLC,       WEIHMULLER KATZ CRAIG LLP
11     an Indiana Limited        Attorneys at Law
       Liability Company:        BY:  KATHY J. MAUS
12                               3600 Maclay Boulevard South
                                 Suite 101
13                               Tallahasseem, Florida
                                 32312-1268
14                               (850) 894-4111
                                 kmaus@butlerpappas.com
15                               (Videoconference appearance)

16
       Videographer:            MATTHEW BUCK
17

18     Also present:            KIRK SULLIVAN
                                JASON ENGEL
19

20

21

22

23

24

25
```

Deposition Of Michael Spindler

```
1                    I N D E X

2

3   EXAMINATION BY:                        PAGE

4       Mr. McClaugherty                    7

5       Mr. Hunter                         52

6

7

8                  E X H I B I T S

9   PLAINTIFF'S:                           PAGE

10  1 - Michael Spindler's report     12

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Deposition Of Michael Spindler

```
 1        MR. CAZIN:  Object to the form.
 2        THE WITNESS:  No, I did not.  But the 18.6
 3  percent -- I think you said 18.4 --
 4  BY MR. MCCLAUGHERTY:
 5     Q      Yeah.  I meant 18.6.
 6     A      Yeah.  The 18.6 percent doesn't seem to have
 7  any meaningful connection to the alleged defamatory
 8  statements.
 9     Q      And why do you state that?
10     A      Well, a couple of reasons.  First of all, I
11  think that the question itself says, "Can you remember
12  any time you believe you lost a sale for San Juan pool
13  based upon something the customer read on the internet
14  about San Juan pools?"
15            That's overly broad.  The internet is a big
16  place.  It doesn't make any reference to these
17  particular blogs.
18            It doesn't make any reference to a particular
19  time frame.  It doesn't refer to the September 2021
20  period.
21            And if you take a look at the responses,
22  they -- you know, where they did indicate "Yes," you
23  know, the vast majority of the survey said "No."
24            When they did indicate "Yes," there was no
25  description that seemed to really tie or connect to the
```

Deposition Of Michael Spindler

```
 1   alleged defamatory statements.
 2       Q      Well, you understand -- or you're aware that
 3   the defamatory articles were attached to the survey?
 4   They were in the same link; correct?
 5       MR. HUNTER:  Form.
 6       MR. CAZIN:  Object to the form.  Hold up.  Time
 7   out.  Jay, have -- has that ever been disclosed to
 8   anybody in this case?
 9       MR. MCCLAUGHERTY:  Well, I think it was --
10       (Simultaneous speakers.)
11       UNIDENTIFIED SPEAKER:  No.
12       MR. HUNTER:  It was not disclosed, nor did the
13   pool dealers testify they were provided the links.
14       MR. MCCLAUGHERTY:  Well, I -- I believe it
15   was testified to in a previous deposition.  I may be
16   wrong.
17       MR. CAZIN:  But the implication of what you're
18   saying there is that your office sent these publications
19   to all of Mr. Sullivan's dealers.  Is that what happened
20   in this case?
21       MR. MCCLAUGHERTY:  Well, first of all, my
22   office didn't send anything.  And I don't -- so my
23   office didn't send anything, and I'm not going to --
24       MR. HUNTER:  Did Matt Newboles's office send
25   them?  Did Matt --
```

Deposition Of Michael Spindler

1      MR. NEWBOLES:  No, we did not.

2      (Simultaneous speakers.)

3      MR. NEWBOLES:  No, we didn't.

4      (Simultaneous speakers.)

5      MR. HUNTER:  Who sent them, then?  Who sent

6  them?  Who sent them?

7      MR. NEWBOLES:  That was distributed through

8  Kirk Sullivan, because he has the contact with his

9  dealers.

10      (Simultaneous speakers.)

11      THE STENOGRAPHER:  Who's that -- excuse me,

12  excuse me.

13      (Simultaneous speakers.)

14      THE STENOGRAPHER:  Who is that speaking?  I

15  don't see -- if you don't announce your last name, I --

16  I'm not sure who's speaking.

17      MR. NEWBOLES:  Matthew Newboles speaking.  The

18  question was -- it was sent from Kirk Sullivan, because

19  he had the distribution list to his dealers.

20      MR. CAZIN:  We can -- we can talk about this

21  later, but, I mean, it's pretty shocking if those

22  articles were emailed out to all the dealers given

23  the -- given that he's brought a lawsuit for that.

24      But, anyway, my -- my objection is object to

25  the form.  Lack of foundation.  Assumes facts not in